# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darisu Keith Rainey,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                           3:05-cv-310-3/3:98-cr-93

USA ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/05 Order.

**Signed: July 12, 2005**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court